DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOYCE T. DOLPHIN,**
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D18-3262

[January 9, 2019]

Appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings; L.T. Case No. 18F-05829.

Joyce T. Dolphin and Richard E. Linn, Authorized Representative, West Palm Beach, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.* *See* Fla. R. App. P. 9.315(a).

GROSS, CIKLIN and TAYLOR, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***